# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 16-7078** | **September Term, 2015** |
| | 1:13-cv-00134-KBJ |
| | Filed On: June 27, 2016 [1621916] |

William M. Pierce,

    Appellee

  v.

District of Columbia,

    Appellant

## O R D E R

The notice of appeal was filed on June 8, 2016, and docketed in this court on June 27, 2016. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 27, 2016 |
| Docketing Statement Form | July 27, 2016 |
| Entry of Appearance Form | July 27, 2016 |
| Procedural Motions, if any | July 27, 2016 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 27, 2016 |
| Statement of Issues to be Raised | July 27, 2016 |
| Transcript Status Report | July 27, 2016 |
| Underlying Decision from Which Appeal or Petition Arises | July 27, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 11, 2016 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 16-7078                                                September Term, 2015

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 27, 2016 |
| Entry of Appearance Form | July 27, 2016 |
| Procedural Motions, if any | July 27, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 11, 2016 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                  Lynda M. Flippin
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases